United States Bankruptcy Court
Eastern District of New York

| | |
|---|---|
| In re: | Case No. 24-40728-jmm |
| Antonietta Modica | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0207-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 21, 2024 | Form ID: 170 | Total Noticed: 8 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Antonietta Modica, 16105 92nd St, Howard Beach, NY 11414-3429 |
| 10305612 | Merrick Bank Card Services, PO Box 66072, Dallas, TX 75266 |
| 10305614 | Wilmington Trust, 14841 Dallas Pkwy, Ste 300, 14841 Dallas Pkwy Ste 300, Dallas, TX 75254-7883 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: ustpregion02.br.ecf@usdoj.gov | Feb 21 2024 18:15:00 | Office of the United States Trustee, Eastern District of NY (Brooklyn), Alexander Hamilton Custom House, One Bowling Green, Room 510, New York, NY 10004-1415 |
| 10305609 | + Email/PDF: creditonebknotifications@resurgent.com | Feb 21 2024 18:27:47 | Credit One Bank, Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 10305610 | + Email/Text: Atlanticus@ebn.phinsolutions.com | Feb 21 2024 18:15:00 | Fortiva Credit Card, PO Box 105555, Atlanta, GA 30348-5555 |
| 10305611 | + Email/Text: Mercury@ebn.phinsolutions.com | Feb 21 2024 18:15:00 | Mercury, PO Box 70168, Philadelphia, PA 19176-0168 |
| 10305613 | Email/Text: NissanBKNotices@nationalbankruptcy.com | Feb 21 2024 18:15:00 | Nissan Motor Acceptance Corp., 14841 Dallas Pkwy Ste 300, Dallas, TX 75254-7883 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2024                    Signature:      /s/Gustava Winters

| | | |
|---|---|---|
| District/off: 0207-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 21, 2024 | Form ID: 170 | Total Noticed: 8 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2024 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Allan Winston Horatio Jennings, Jr | on behalf of Debtor Antonietta Modica jenningslaws@gmail.com |
| Office of the United States Trustee | USTPRegion02.BR.ECF@usdoj.gov |

TOTAL: 2

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Antonietta Modica <br> First Name  Middle Name  Last Name | Social Security number or ITIN: xxx−xx−5617 <br> EIN: _ _−_ _ _ _ _ _ _ |
| Debtor 2: <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: _ _ _ _ <br> EIN: _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court: Eastern District of New York | | Date case filed for chapter: 13  2/19/24 |
| Case number: 1−24−40728−jmm | | |

# NOTICE OF HEARING ON CONFIRMATION

**NOTICE IS HEREBY GIVEN THAT:**

A hearing on confirmation of the proposed Chapter 13 Plan filed by the above−captioned debtor(s) will be held before the Honorable Jil Mazer−Marino , United States Bankruptcy Judge, on **April 11, 2024 at 10:00 AM** at the following location:

**United States Bankruptcy Court, 271−C Cadman Plaza East, Courtroom 3529 − 3rd Floor, Brooklyn, NY 11201−1800**

Enclosed is a copy of the debtor(s) proposed Chapter 13 Plan for your review. Objections, if any, to the confirmation of the plan must be in writing and filed with the Clerk on or before the date of the hearing. If no objections are timely filed, the plan may be deemed to have been filed in good faith.

Dated: February 21, 2024

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLcnfhrg.jsp** [Notice of Hearing on Confirmation rev. 02/01/17]