UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
In re:

ANTONIETTA MODICA

Debtor(s)
-----------------------------------------------------X

***Return Date: April 11, 2024***
***Time: 10:00 a.m.***

Chapter 13
Case No.: 24-40728-206

**<u>NOTICE OF MOTION</u>**

SIRS / MADAMS:

**PLEASE TAKE NOTICE**, that MICHAEL J. MACCO, Chapter 13 Trustee of the above captioned estate, will move before the Honorable Jil Mazer-Marino, United States Bankruptcy Judge, on the 11th day of APRIL at 2024, at 10:00am, the United States Bankruptcy Court located at 271 Cadman Plaza East – Courtroom 3529, Brooklyn, New York 11201, for an Order pursuant to 11 U.S.C. §§ 521 & 1307(c), dismissing this case by reason of the debtor(s)' failure to submit monthly pre-confirmation payments, failure to provide and/or file documents, failure to appear and/or be examined at §341 meeting of creditors, and for such other and further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE**, that answering papers, if any, shall be filed with the Court and served on the undersigned no later than three (3) days prior to the return date of this motion.

Dated: Islandia, New York
March 20, 2024

Yours, etc.

MICHAEL J. MACCO
Chapter 13 Trustee
2950 Express Drive South, Suite 109
Islandia, NY 11749
(631) 549-7900

To: *Office of the United States Trustee*
*ANTONIETTA MODICA, , Debtor(s)*
*ALLAN WINSTON HORATIO JENNINGS JR., Attorney for Debtor(s)*
*All Interested Parties and Creditors*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X **tmm1634**

In re:

Chapter 13
Case No.: 24-40728-206

ANTONIETTA MODICA

Debtor(s) **APPLICATION**

-------------------------------------------------------X

TO THE HONORABLE JIL MAZER-MARINO, UNITED STATES BANKRUPTCY JUDGE:

MICHAEL J. MACCO, Chapter 13 Trustee of the above captioned estate, respectfully represents, as follows:

1. The debtor(s) filed a petition under the provisions of 11 U.S.C. Chapter 13 on February 19, 2024, and thereafter MICHAEL J. MACCO was duly appointed and has qualified as Trustee.

2. As of the date of this motion, the debtor(s) has failed to submit any monthly pre-confirmation payments to the Trustee.

3. In addition, as of this date the debtor(s) has failed to file and/or provide 2023 state and federal tax returns, February water and cable bills, and a written appraisal

4. Furthermore, as of this date the debtor has failed to provide the Trustee with all filings required under Section 521; and all mandatory disclosure documentation as set forth in Local Bankruptcy Rule 2003-1.

5. Moreover, the debtor failed to appear and/or be examined at the initial §341 meeting of creditors, held on March 19, 2024, at 11:00a.m.

6. This is a material default and is prejudicial to the rights of the creditors of the debtor.

**WHEREFORE**, the Trustee requests for an Order pursuant to the provisions of 11 U.S.C. §§ 521 & 1307(c), dismissing this case, and for such other and further relief as this Court deems just and proper.

Dated: Islandia, New York
March 20, 2024

***/s/ Michael J. Macco***

Michael J. Macco, Chapter 13 Trustee
2950 Express Drive South, Suite 109
Islandia, NY 11749
(631) 549-7900

**CERTIFICATE OF SERVICE**

**BY MAIL AND ELECTRONIC**

**SERVICE**

This is to certify that I, Saniyyah S. Greene, have this day served a true, accurate and correct copy of the within ***Notice of Motion,*** by depositing a true copy of same, enclosed in a post-paid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

*Antonietta Modica*

*16105 92nd St*

*Howard Beach, NY 11414-3429*

*Debtor(s)*

and upon the following parties, by the e-mail address designated by said parties for that purpose;

*Office of the United States Trustee*
*U.S. Federal Office Building*
*USTP.Region02.BR.TFRTDR@usdoj.gov*

*Allan Winston Horatio Jennings, Jr.*

*jenningslaws@gmail.com*

*Attorney for Debtor(s)*

*Wilmington Trust*

*c/o McCalla Raymer et al*

*Attn: Ernest A. Yazzetti, Jr.*

*ernest.yazzetti@mccalla.com*

*Creditor(s)*

This March 20, 2024

***/s/ Saniyyah S. Greene***

Saniyyah S. Greene, Paralegal

Office of the Standing Chapter 13 Trustee

Michael J. Macco, Esq.

2950 Express Drive South, Suite 109

Islandia, NY 11749

631-549-7908