

| | | |
|---|---|---|
| **Sara Z. Boriskin, Esquire**<br>**Managing Partner, New York Office** | 900 Merchants Concourse,<br>Suite 310<br>Westbury, NY 11590<br>Phone: 516-280-7675<br>Fax: 516-280-7674<br>https://www.raslegalgroup.com | **James Robertson, Esquire***<br>**Everett Anschutz, Esquire****<br>**David J. Schneid, Esquire****<br>**John T. Crane, Esquire****<br><br>**\* Deceased**<br>**\*\*Not Admitted to Practice in New York** |

July 24, 2025

Hon. Jil Mazer-Marino
United States Bankruptcy Court
Eastern District of New York
271-C Cadman Plaza East
Brooklyn, NY 11242

       **In Re:**               **Antonietta Modica**
       **Case No.:**        **1-24-40728-jmm**
       **Chapter:**        **13**
       **Property Address:**   **161-05 92 Street, Howard Beach, NY 11414**

Dear Judge Mazer-Marino:

     This firm represents NewRez LLC d/b/a Shellpoint Mortgage Servicing ("NewRez") as Servicer for Wilmington Trust, National Association, As Successor Trustee to Citibank, N.A., as Trustee for Bear Stearns Asset Backed Securities I Trust 2006-HE4, Asset-Backed Certificates, Series 2006-HE4, a secured creditor of the above-named Debtor. On August 21, 2024, a Loss Mitigation Order [Doc No. 39] was entered by this Court. We respectfully request that the below serve as a status update on the aforementioned loss mitigation proceeding. The Loss Mitigation conference is scheduled for August 5, 2025 at 9:30 AM.

     On August 28, 2024, a blank Loss Mitigation package was emailed to the Debtor's Counsel. On November 5, 2024, Debtor's Counsel provided a Loss Mitigation Package, which was forwarded to NewRez for review. On January 17, 2025, NewRez requested new Loss Mitigation Financial documents:

- Updated Uniform Borrower Assistance Form
- 2025 SSI award letter for borrower
- 2025 SSI award letter for contributor
- Contribution letter stating exact amount or percentage of income contributed, date began contributing, and date will contribute until
- Proof of "investment income" mentioned in hardship letter
- 2 most recent consecutive months of bank statements for all accounts with signed and dated LOE for all deposits/transfers of $1000 or more

On February 27, 2025, Debtor's Counsel provided the new Loss Mitigation Financial documents which were forwarded to NewRez for review. On July 23, 2025, NewRez requested to provide a status for Loss Mitigation review. We are awaiting NewRez to determine if the package is complete or if additional documents are required.

Thank you for your consideration of this matter. Please do not hesitate to contact me with any questions regarding the matter.

Respectfully,

*/s/ Suzanne Youssef*
Suzanne Youssef, Esq.
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
syoussef@raslg.com

cc:     Allan Winston Horatio Jennings, Jr., Esq. (via ECF)